THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMONE WOODS, | : |
| | : CIVIL ACTION NO. 3:21-CV-2087 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Mehalchick) |
| v. | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : |
| OF CORRECTIONS, et al., | : |
| | : |
| Defendants. | : |

### ORDER

AND NOW, THIS 28th DAY OF MARCH 2023, upon review of Magistrate Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 23) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 23) is **ADOPTED**;

2. Defendant's motions to dismiss (Doc. 15, Doc. 16, Doc. 20) are **GRANTED**;

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge